No. 94–447. JERREL *v.* ALASKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–450. DES MOINES INDEPENDENT COMMUNITY SCHOOL DISTRICT ET AL. *v.* WINEGAR. C. A. 8th Cir. Certiorari denied.

No. 94–453. DAVIS *v.* JOHNSON CONTROLS, INC. C. A. 8th Cir. Certiorari denied.

No. 94–457. ILLINOIS STATE BOARD OF ELECTIONS ET AL. *v.* HASTERT ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–460. JACKSON *v.* CONGRESS OF THE UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–465. STEVENS ET AL. *v.* STOTT ET AL. Ct. App. Ore. Certiorari denied.

No. 94–467. HUMPHREYS *v.* TEXAS STATE BAR. Sup. Ct. Tex. Certiorari denied.

No. 94–468. LEE ET AL. *v.* LIFE INSURANCE COMPANY OF NORTH AMERICA ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–473. MARTIN ET AL. *v.* BANK OF FLOYD. Sup. Ct. Va. Certiorari denied.

No. 94–484. FLECK ET AL. *v.* HOFFINGER INDUSTRIES ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–487. BRASWELL *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 94–488. DORMAN *v.* EMERSON ELECTRIC CO. C. A. 8th Cir. Certiorari denied.

No. 94–489. FARMER *v.* SUPERIOR COURT OF CALIFORNIA FOR THE CITY AND COUNTY OF SAN FRANCISCO (CHEIT ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.